IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00716-RPM-MJW

PAM BOCK,

Plaintiff(s),

v.

APIM, LLC,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Motion for Leave to Appear by Telephone for Initial Case Management Conference Set for May 17, 2013 (Docket No. 6) is granted.  Plaintiff's counsel may participate in the Scheduling Conference by telephone by calling the court at (303) 844-2403 on May 17, 2013, at 9:30 a.m. Mountain Time.

Date: April 19, 2013