IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00716-RPM-MJW

PAM BOCK,

Plaintiff(s),

v.

APIM, LLC,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Modify the Court's March 20, 2013, Order Setting the Scheduling Conference for May 17, 2013 (Docket No. 9) is granted. The Rule 16 Scheduling/Planning Conference set for May 17, 2013, at 9:30 a.m. is VACATED. It is, however, further

ORDERED that a Status Conference is set for May 17, 2013, at 9:30 a.m. Plaintiff's counsel may participate in the Status Conference by telephone by calling the court at (303) 844-2403 on May 17, 2013, at 9:30 a.m. Mountain Time.

Date: May 13, 2013