IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00716-RPM-MJW

PAM BOCK,

Plaintiff(s),

v.

APIM, LLC,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Modify the Court's May 17, 2013 Order Setting the Scheduling Conference for June 20, 2013 (Docket No. 14) is granted.  The Rule 16 Scheduling/Planning Conference set for June 20, 2013, at 9:00 a.m. is VACATED and RESET on July 8, 2013, at 11:00 a.m. MOUNTAIN TIME.  The parties shall submit their proposed Scheduling Order on or before July 3, 2013.  Plaintiff will not be granted any further continuances of this conference.

Date: June 17, 2013