IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00716-RPM-MJW

PAM BOCK,

    Plaintiff,
v.

APIM, LLC,

    Defendant.

---

## ORDER FOR ENTRY OF FINAL JUDGMENT

---

Upon consideration of the Recommendation on Plaintiff's Motion for Default Judgment entered by United States Magistrate Judge Michael J. Watanabe on November 7, 2013, and the supporting papers for the plaintiff's motion for entry of default judgment, the Court now adopts and incorporates by this reference the findings of fact and conclusions of law contained in the recommendation and upon that basis, it is

ORDERED that judgment shall enter for Plaintiff Pam Bock and against Defendant APIM, LLC, in the amount of $1,000.00 in statutory damages based on defendant's violations of the FDCPA plus $2,500.00 in attorney fees, and costs upon the filing of a bill of costs within 14 days. It is

FURTHER ORDERED that the motion for default judgment is denied with respect to plaintiff's claim for $1,000.00 in statutory damages against defendant APIM, LLC, based on defendant's violations of the CFDCPA.

DATED: December 17th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge