IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00716-RPM-MJW

PAM BOCK,

    Plaintiff,

v.

APIM, LLC,

    Defendant.

---

# FINAL JUDGMENT

---

Pursuant to the Order for Entry of Final Judgment entered by Senior Judge Richard P. Matsch on December 17, 2013, it is

ORDERED AND ADJUDGED that judgment is entered for Plaintiff Pam Bock and against Defendant APIM in the amount of $1,000.00 in statutory damages based on defendant's violations of the FDCPA plus $2,500.00 in attorney fees, and costs upon the filing of a bill of costs within 14 days. It is

FURTHER ORDERED AND ADJUDGED that the motion for default judgment is denied with respect to plaintiff's claim for $1,000.00 in statutory damages against defendant APIM, LLC, based on defendant's violations of the CFDCPA.

DATED: December 17th, 2013

        FOR THE COURT:

        JEFFREY P. COLWELL, Clerk

            s/M. V. Wentz
        By_____
                Deputy